**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

_____

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| and | ) | |
| **STATE OF ARKANSAS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No. 4:13-cv-0355** |
| | ) | |
| **v.** | ) | **Judge Baker** |
| | ) | |
| **EXXONMOBIL PIPELINE COMPANY** | ) | **Mag. Judge Kearney** |
| and | ) | |
| **MOBIL PIPE LINE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO**
**FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO**
**COMPEL DEFENDANTS TO PROVIDE DISCOVERY RESPONSES**

The United States of America, on behalf of the United States Environmental Protection Agency, respectfully moves the Court for leave to file a reply brief in support of the United States' Motion to Compel Defendants to Provide Discovery Responses, which was filed on March 7, 2014.  On March 24, 2014, Defendants filed a Response in Opposition.  The United States now seeks leave to file, no later than March 31, 2014, a reply brief addressing Defendants' Opposition.   Defendants do not oppose the filing of a reply by the United States.  Accordingly, the United States respectfully requests that the Court grant this motion.

Respectfully submitted,

FOR THE UNITED STATES:

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

_/s/ Jason T. Barbeau_
JASON T. BARBEAU
Trial Attorney (D.C. Bar #468200)
ROBYN E. HANSON (N.Y. Bar #4462339)
EMILY C. POWERS (N.Y. Bar #5132204)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P. O. Box 7611 Ben Franklin Station
Washington, DC  20044
(202) 616-8908 (Telephone)
(202) 616-6584 (Facsimile)
jason.barbeau@usdoj.gov


CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas


RICHARD M. PENCE, JR.
Assistant United States Attorney (Ark. Bar #69059)
United States Attorney's Office
Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR  72203
(501) 340-2600 (Telephone)
richard.pence@usdoj.gov

Of Counsel:

EDWIN QUINONES
Assistant Regional Counsel
EPA Region 6
1445 Ross Avenue, Suite 1200, 6RC-S
Dallas, TX  75202-2733

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2014, a copy of the UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL DEFENDANTS TO PROVIDE DISCOVERY RESPONSES was filed and served through the Court's electronic case filing system (CM/ECF), which shall send notification to the following:

> N.M. Norton, Jr.
> Stephen R. Lancaster
> Justin T. Allen
> Wright, Lindsey, & Jennings LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> Slancaster@wlj.com
> JAllen@wlj.com
>
> Timothy K. Webster
> Roger R. Martella
> Sidley Austin LLP
> 1501 K Street, N.W.
> Washington, DC 20005
> (202) 736-8000 (telephone)
> (202) 736-8111 (facsimile)
> twebster@sidley.com
>
> *Counsel for Defendants*

> _/s/ Jason T. Barbeau_____